# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# LANDO NORRIS

**Reg. No. 7,153,102**

**Registered Sep. 05, 2023**

**Int. Cl.: 3, 9, 12, 16, 18, 21, 25, 28, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

Celero Promotions Limited (UNITED KINGDOM LIMITED LIABILITY COMPANY)
New Farm Offices, Hartlake
Glastonbury, Somerset, UNITED KINGDOM BA69AB

CLASS 3: non-medicated cosmetics and toiletry preparations; non-medicated dentifrices; perfumery, essential oils; bleaching preparations; cleaning, polishing, scouring and abrasive preparations; non-medicated soaps; eau-de-cologne; hair conditioners; cosmetic creams; shaving creams, shaving gels; facial cleansing creams; shower gels and creams; non-medicated skin care creams, beauty creams, moisturizing creams; polishing creams; deodorants and antiperspirants for personal use; sun care lotions; pre-shave and after-shave lotions; hair lotions, hair gels, hair creams, hair spray; decorative transfers for cosmetic purposes; essential oils; eye shadows; perfumes; face powders; cosmetic preparations for baths; cleaning, polishing, scouring and abrasive preparations for household use, polishing preparations for washing automobiles; make-up preparations; washing preparations; cleaning preparations; make-up removing preparations; oral care products, namely, dentifrices and non-medicated mouthwashes; cleansing products for the body, particularly including cleansing lotions, beauty masks, cleansing foam, cleansing creams, cleansing gels and cleansing milk; cleaning products, cleaning agents for cleaning surfaces, automobile tire cleaning preparations; non-medicated liquid soaps

CLASS 9: mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment, computers; computer software for the purpose of recording and displaying data relating to motor racing; computer software for the purpose of playing electronic games, uploading and viewing videos; fire-extinguishing apparatus; software for the purpose of playing electronic games, uploading and viewing videos; computer software platforms for the purpose of recording and displaying data relating to motor racing; computer software platforms for the purpose of playing electronic games, uploading and viewing videos; downloadable computer software applications for the purpose of playing electronic games, uploading and viewing videos; downloadable smart phone applications for the purpose of recording and displaying data relating to motor racing; downloadable smart phone applications for the purpose of playing electronic games, uploading and viewing videos; computer application software for the purpose of recording and displaying data relating to motor racing; computer application software for the purpose of playing electronic games, uploading and viewing videos; software and mobile applications for mobile devices for the purpose of

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



recording and displaying data relating to motor racing; software and mobile applications for mobile devices for the purpose of playing electronic games, uploading and viewing videos; game software; video game programmes; virtual reality software for the purpose of recording and displaying data relating to motor racing; virtual reality software for the instruction and training of motor racing drivers; virtual reality software for the purpose of playing electronic games, uploading and viewing videos; computer software for use in accessing, updating, manipulating, modifying, organizing, storing, backing up, synchronizing, transmitting and sharing data, documents, files, information and multimedia content via a global computer network and via any other communications networks; electronic publications, namely, ebooks, emagazines, manuals featuring sports news, instruction and training manuals, biographies of athletes, recorded on computer media; downloadable electronic publications, namely, ebooks, emagazines, manuals featuring sports news, instruction and training manuals, biographies of athletes; sunglasses and spectacles; cords, frames, optical lenses and cases for use with spectacles, sunglasses and optical glasses; earphones; earphones and headsets for mobile telephones; cases adapted for mobile phones; headphones; cameras; protective clothing, headgear and footwear, namely, clothing for wear by motor racing car drivers for protection against accident or injury; protective helmets and gloves for protection against accident or injury; automobile racing suits for safety purposes in the nature of protective suits for race car drivers; head cleaning tapes for video recorders; laboratory glassware; headgear being protective helmets; sporting equipment for boxing and martial arts, namely, protective helmets

CLASS 12: land vehicles; apparatus for locomotion by land, air or water, namely automobiles, motorcycles, motor racing automobiles, aircraft; aero planes; bicycles; air pumps being vehicle accessories for automobiles and motorcycles; bicycle bells; anti-skid chains for vehicles, vehicle tires; inner tubes for pneumatic tires; vans; trucks; treads for re-treading tires; safety belts for vehicle seats; spikes for vehicle tires in the nature of non-skid devices, namely, non-skid studs; tire covers specially adapted for automobile tires; sun-blinds adapted for automobiles; motor racing cars; baby carriages being strollers; windshield wipers being vehicle parts; fitted seat covers for vehicles; fitted vehicle covers; covers for vehicle steering wheels; hubcaps; rims for vehicle wheels; motorcycles; engines for land vehicles; scooters being land vehicles; luggage carriers for vehicles; rear-view mirrors; vehicle wheels; safety seats for children for vehicles; valves for vehicle tires; electric vehicles, namely, land vehicles, self-propelled electric vehicles, electrically-powered motor vehicles; utility vehicles, namely, utility terrain vehicles, sports utility vehicles, all of the aforesaid for use in connection with motor racing or the promotion of motor racing

CLASS 16: adhesives for stationery or household purposes; printers' type, printing blocks; postage stamps; printed timetables; newspapers; stickers; sticker albums; printed tickets; transfers; decals; bumper stickers; entry tickets in the nature of passes; vignettes in the nature of graphic prints; comic books; cartoon prints; pictures; photograph albums; sticker albums, photo albums; bookends; bookmarkers; scrap books; paint boxes; rulers for drawing

CLASS 18: wallets; handbags; rucksacks; luggage and all purpose carrying bags; travelling and luggage trunks and travelling bags; umbrellas, parasols and walking sticks

CLASS 21: household and kitchen utensils, namely, kitchen tongs, serving scoops, serving dishes, forks, ladles, and containers for household or kitchen use; cookware and tableware, except forks, knives and spoons, namely, pots and pans, tea services in the nature of tableware; unworked or semi-worked glass, except building glass; glassware, porcelain and earthenware, namely, beverage glassware, porcelain mugs, earthenware mugs; drinking vessels; tumblers for use as drinking glasses; cups; wine glasses, martini glasses, cocktail glasses; plates and dishes; table mats, not of paper or textile; bottle openers; bottles, sold empty; statues and sculptures of china, earthenware, terra cotta, glass, porcelain

CLASS 25: clothing, namely, footwear, shirts, pants, socks; headwear; coats; jackets; hats; caps being headwear; shirts; headbands; sweatshirts; skirts; bandanas; gloves; waterproof clothing, namely, outerwear in the nature of gloves, raincoats, jackets, sports jackets, shirts, pants, socks; underwear; socks; trousers; shorts; pajamas; sports shoes; t-shirts; uniforms; motorists clothing, namely, motor racing suits, driving gloves; suits for infants and children; trunks being clothing

CLASS 28: video game apparatus, namely, video game consoles; computer games apparatus, namely, video game consoles; electronic games in the nature of handheld units for playing electronic games, electronic games other than those adapted for use with television receivers only, tabletop units for playing games other than tin conjunction with a television or computer, arcade-type electronic video games; motor racing games in the nature of arcade racing game machines; handheld electronic games; sporting articles and equipment, namely, spring boards, weight lifting belts, boxing gloves

CLASS 35: rental of advertising space on motor racing cars; business administration; business management; office functions; business management of a professional video gaming sports team and persons who participate in competitions and events for computer games; retail store and distributorship services featuring clothing, footwear, headwear, games, toys and playthings, video game apparatus, computer games apparatus, electronic games, sports games, motor racing games, racing car games, handheld electronic games, board games, toy racing sets, sports games, and sporting articles and equipment; the bringing together, for the benefit of others, of a variety of goods, enabling customers to conveniently view and purchase those goods in the field of clothing, footwear, headwear, games, toys and playthings, video game apparatus, computer games apparatus, electronic games, sports games, motor racing games, racing car games, handheld electronic games, board games, toy racing sets, sports games, and sporting articles and equipment; the aforementioned services all available via any communications media

CLASS 38: telecommunications, namely, streaming of audiovisual material on the internet and providing internet chat rooms, provided via an electronic sports and video gaming web portal; transmission of digital information by cable, wire or fiber networks; streaming of audiovisual material on the internet and providing internet chat rooms, provided via an electronic sports and video gaming web portal or social media platform; electronic message transmission; computer aided transmission of messages and images; electronic data transmission, namely, transmission of commercial internet pages online or via wireless electronic communication devices; facsimile transmission; on-line transmission of digital files, namely, electronic publications; television and radio broadcasting services, namely, transmission and dissemination of television and radio programs via the internet or via any wireless electronic communication network; satellite transmission

CLASS 41: education services, namely, computer education training services; audio and video recording services; publishing of electronic publications; publication of printed matter and printed publications; publication of magazines, calendars, books, leaflets, posters; the aforementioned services all available via any communications media; hosting an electronic sports and video gaming web portal, namely, providing a web-based on-line portal for customers to participate in on-line gaming, operation and coordination of game tournaments, leagues and tours for recreational computer game playing purposes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF UNITED KINGDOM , REG. NO. UK00003348851, DATED 11-20-2020, EXPIRES 10-26-2028

The name(s), portrait(s), and/or signature(s) shown in the mark identifies LANDO

NORRIS, whose consent(s) to register is made of record.

SER. NO. 88-179,429, FILED 11-02-2018

# United States of America

## United States Patent and Trademark Office

# L4NDO

**Reg. No. 7,172,019**

**Registered Sep. 26, 2023**

**Int. Cl.: 3, 9, 18, 25, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

Celero Promotions Limited (UNITED KINGDOM LIMITED LIABILITY COMPANY)
New Farm Offices, Hartlake
Glastonbury, Somerset, UNITED KINGDOM BA69AB

CLASS 3: non-medicated cosmetics and toiletry preparations; non-medicated dentifrices; perfumery, essential oils; bleaching preparations; cleaning, polishing, scouring and abrasive preparations; non-medicated soaps; eau-de-cologne; hair conditioners; cosmetic creams; shaving creams, shaving gels; facial cleansing creams; shower gels and creams; non-medicated skin care creams, beauty creams, moisturizing creams; polishing creams; deodorants and antiperspirants for personal use; sun care lotions; pre-shave and after-shave lotions; hair lotions, hair gels, hair creams, hair spray; decorative transfers for cosmetic purposes; essential oils; eye shadows; perfumes; face powders; cosmetic preparations for baths; cleaning, polishing, scouring and abrasive preparations for household use, polishing preparations for washing automobiles; make-up preparations; washing preparations; cleaning preparations; make-up removing preparations; oral care products, namely, dentifrices and non-medicated mouthwashes; cleansing products for the body, particularly including cleansing lotions, beauty masks, cleansing foam, cleansing creams, cleansing gels and cleansing milk; cleaning products, cleaning agents for cleaning surfaces, automobile tire cleaning preparations; non-medicated liquid soaps

CLASS 9: mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment, computers; computer software for the purpose of recording and displaying data relating to motor racing; computer software for the purpose of playing electronic games, uploading and viewing videos; fire-extinguishing apparatus; software for the purpose of playing electronic games, uploading and viewing videos; computer software platforms for the purpose of recording and displaying data relating to motor racing; computer software platforms for the purpose of playing electronic games, uploading and viewing videos; downloadable computer software applications for the purpose of playing electronic games, uploading and viewing videos; downloadable smart phone applications for the purpose of recording and displaying data relating to motor racing; downloadable smart phone applications for the purpose of playing electronic games, uploading and viewing videos; computer application software for the purpose of recording and displaying data relating to motor racing; computer application software for the purpose of playing electronic games, uploading and viewing videos; software and mobile applications for mobile devices for the purpose of

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



recording and displaying data relating to motor racing; software and mobile applications for mobile devices for the purpose of playing electronic games, uploading and viewing videos; game software; video game programmes; virtual reality software for the purpose of recording and displaying data relating to motor racing; virtual reality software for the instruction and training of motor racing drivers; virtual reality software for the purpose of playing electronic games, uploading and viewing videos; computer software for use in accessing, updating, manipulating, modifying, organizing, storing, backing up, synchronizing, transmitting and sharing data, documents, files, information and multimedia content via a global computer network and via any other communications networks; electronic publications, namely, ebooks, emagazines, manuals featuring sports news, instruction and training manuals, biographies of athletes, recorded on computer media; downloadable electronic publications, namely, ebooks, emagazines, manuals featuring sports news, instruction and training manuals, biographies of athletes; sunglasses and spectacles; cords, frames, optical lenses and cases for use with spectacles, sunglasses and optical glasses; earphones; earphones and headsets for mobile telephones; cases adapted for mobile phones; headphones; cameras; protective clothing, headgear and footwear, namely, clothing for wear by motor racing car drivers for protection against accident or injury; protective helmets and gloves for protection against accident or injury; automobile racing suits for safety purposes in the nature of protective suits for race car drivers; head cleaning tapes for video recorders; laboratory glassware; headgear being protective helmets; sporting equipment for boxing and martial arts, namely, protective helmets

CLASS 18: wallets; handbags; rucksacks; luggage and all purpose carrying bags; travelling and luggage trunks and travelling bags; umbrellas, parasols and walking sticks

CLASS 25: clothing, namely, footwear, shirts, pants, socks; headwear; coats; jackets; hats; caps being headwear; shirts; headbands; sweatshirts; skirts; bandanas; gloves; waterproof clothing, namely, outerwear in the nature of gloves, raincoats, jackets, sports jackets, shirts, pants, socks; underwear; socks; trousers; shorts; pajamas; sports shoes; t-shirts; uniforms; motorists clothing, namely, motor racing suits, driving gloves; suits for infants and children; trunks being clothing

CLASS 28: video game apparatus, namely, video game consoles; computer games apparatus, namely, video game consoles; electronic games in the nature of handheld units for playing electronic games, electronic games other than those adapted for use with television receivers only, tabletop units for playing games other than tin conjunction with a television or computer, arcade-type electronic video games; motor racing games in the nature of arcade racing game machines; handheld electronic games; sporting articles and equipment, namely, spring boards, weight lifting belts, boxing gloves

CLASS 41: education services, namely, computer education training services; audio and video recording services; hosting an electronic sports and video gaming web portal, namely, providing a web-based on-line portal for customers to participate in on-line gaming, operation and coordination of game tournaments, leagues and tours for recreational computer game playing purposes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF UNITED KINGDOM , REG. NO. UK00003348855, DATED 03-22-2019, EXPIRES 10-26-2028

SER. NO. 88-179,457, FILED 11-02-2018