**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LANDO NORRIS<br><br>             Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>             Defendants. | Case No. 25-cv-2127-ADA |

**CERTIFICATE OF SERVICE**

I, Sofia Quezada Hastings, certify and declare that I am over the age of 18 years, residing in Cook County, Chicago, Illinois, and I am an attorney for Plaintiff, Lando Norris ("Plaintiff") in this action. On March 9, 2026, I emailed copies of the Complaint, Schedule A, Summons, Motion for Preliminary Injunction on all Defendants listed on Schedule A based on e-mail addresses provided by the third-party online marketplace platforms in response to Plaintiff's third-party subpoenas. The Defendants were contemporaneously provided a link where the aforementioned pleadings and other relevant documents are located.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 9, 2026                    Respectfully submitted,

                                        /s/ *Sofia Quezada Hastings*
                                        Sofia Quezada Hastings